IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT DOUGLASS CROSBY, ) | Civil Action No. 7:12-cv-00271 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| JACK LEE, ) | By: | Hon. Michael F. Urbanski |
|     Defendant. ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

    The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

                                Entered: June 28, 2012

                                /s/ Michael F. Urbanski

                                Michael F. Urbanski
                                United States District Judge